In the Matter of the Application of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Lands in the Borough of Brooklyn, Required in Connection with the Water Supply of Said City.

BROOKLYN DEVELOPMENT COMPANY et al., Respondents.

(Argued February 8, 1910; decided February 22, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 12, 1909, which affirmed an order of Special Term confirming the report of commissioners of appraisal in condemnation proceedings.

*Archibald R. Watson, Corporation Counsel (James D. Bell and Jerome W. Coombs of counsel), for appellant.*

*Benjamin Trapnell, Joseph A. Flannery, James W. Ridgway and Leo C. Dessar for respondents.*

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ. Absent: WERNER, J.